UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SHAHIDSALESS and SHAKOORI,

    Plaintiffs,

-v-                                                    No. 07 Civ. 7463 (LTS)(RLE)

EBADI,

    Defendant.

-----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 4 2007
```

## ORDER

The Complaint in the above-referenced action, brought pursuant to 28 U.S.C. § 1332, asserts that Plaintiff is a Canadian citizen and Defendant is an Iranian citizen. Plaintiff is hereby ORDERED to show cause why this case should not be dismissed for lack of federal jurisdiction. See Int'l Shipping Co., S.A., v. Hydra Offshore, Inc., 875 F.2d 388, 391 (2d Cir. 1989) (holding that diversity jurisdiction does not exist "where aliens appear on both sides of a case.") Plaintiff's response is due (10) days from the date of this Order, and shall be electronically filed on the Court's ECF system, with a courtesy copy sent to Chambers.

SO ORDERED.

Dated: New York, New York
~~August 31~~, 2007
Sept 4

                                                   LAURA TAYLOR SWAIN
                                                   United States District Judge