BAKER & McKENZIE LLP
Attorneys for the Plaintiffs
James David Jacobs (JJ-7351)
1114 Avenue of the Americas
New York, NY 10036
(212) 626-4100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAHIR SHAHIDSALESS and FARANAK SHAKOORI,<br><br>　　　　Plaintiffs,<br><br>　　　　-against-<br><br>SHIRIN EBADI,<br><br>　　　　Defendant. | 07 Civ. 7463<br><br>**VOLUNTARY DISMISSAL** |

　　　　Plaintiffs Shahir Shahidsaless and Faranak Shakoori hereby voluntarily dismiss this action based upon this Court's lack of subject matter jurisdiction.

Dated: New York, New York
　　　　September 14, 2007

BAKER & McKENZIE LLP

By: _____
James David Jacobs (JJ-7351)
1114 Avenue of the Americas
New York, New York 10036
(212) 891 3951
*Attorneys for Plaintiffs*

NYCDMS/1059420.1