BAKER & McKENZIE LLP
Attorneys for the Plaintiffs
James David Jacobs (JJ-7351)
1114 Avenue of the Americas
New York, NY 10036
(212) 626-4100

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 9 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAHIR SHAHIDSALESS and FARANAK SHAKOORI,

    Plaintiffs,

    -against-

SHIRIN EBADI,

    Defendant.

07 Civ. 7463

**VOLUNTARY DISMISSAL**

Plaintiffs Shahir Shahidsaless and Faranak Shakoori hereby voluntarily dismiss this action based upon this Court's lack of subject matter jurisdiction.

Dated: New York, New York
      September 14, 2007

SO ORDERED.

_/s/ Laura Taylor Swain_ 9/14/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

BAKER & McKENZIE LLP

By: _/s/ James David Jacobs_
James David Jacobs (JJ-7351)
1114 Avenue of the Americas
New York, New York 10036
(212) 891 3951
*Attorneys for Plaintiffs*

NYCDMS/1059420.1